AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| FRANKIE BILDEAU | Case Number: 09-CR-161 |
| | USM Number: 06962-090 |
| | Robert Ruth |
| | Defendant's Attorney |
| | John Vaudreuil |
| | Assistant United States Attorney |

THE DEFENDANT:

☒ admitted guilt to violation of conditions of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | drug use | 2/10/14 |
| 2 | termination from RRC | 5/23/14 |

The defendant is sentenced as provided in Page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and the United States attorney of any material change in the economic circumstances.

Defendant's Last Four Digits of
Soc. Sec. No.:    0663

Defendant's Year of Birth:   1985

Defendant's Residence City & State:

**July 8, 2014**
Date of Imposition of Judgment

/s Lynn Adelman
Signature of Judicial Officer

**Lynn Adelman, District Judge**
Name & Title of Judicial Officer

July 9, 2014
Date

AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations:
Sheet 2 - Imprisonment

Defendant:       FRANKIE BILDEAU
Case Number:     09-CR-161

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **time served**.

☐  The court makes the following recommendations to the Bureau of Prisons:

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district.

   ☐  at _____   ☐ a.m.   ☐ p.m.  on _____

   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,

   ☐  before 2 p.m. on _____

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL